UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, Individually and as the Heir and Representative of the Estate of John Bryan Holcombe, ET AL., <br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | § § § § § § § § § § § § § | No. 5:18–CV–555–DAE (lead case) |
| MARGARETTE VIDAL, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | § § § § § § § § § § § § | No. 5:18–CV–712–DAE ✓ |
| CHARLENE UHL, Individually and as the Heir and Representative of the Estate of Haley Krueger,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | § § § § § § § § § § § § § | No. 5:18–CV–881–DAE |

1

## ORDER TRANSFERRING CASES TO
## JUDGE XAVIER RODRIGUEZ FOR ALL PURPOSES

Pursuant to the status conference held on September 19, 2018 with counsel for the Plaintiffs and Defendants and counsel for some prospective Plaintiffs, for the reasons the court stated on the record at the status conference, and with the consent of Chief Judge Orlando L. Garcia and Judge Xavier Rodriguez, the Court hereby **TRANSFERS** the following consolidated cases to Judge Rodriguez for all purposes: Holcombe, et al. v. United States of America, No. 5:18-CV-555; Vidal, et al. v. United States of America, No. 5:18-CV-712; Uhl v. United States of America, No. 5:18-CV-881.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, September 19, 2018.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE