## BILLING DATA
### RELEASE OF LEGAL MEDICAL INFORMATION

| | | |
|---|---|---|
| Patient's Name: | VIDAL, MAGGIE | |
| SSN (Prefix Code-Sponsor's Last 4) | 20/ 7303 | NATIONAL TRIAL LAW |
| Case: | | 7500 RIALTO, BLDG 2, STE 250 |
| | | AUSTIN, TX 78435 |
| _GINA GUAJARDO_ | DATE: | PHONE: 512-476-4346 |
| Technician Signature | 2018 FEB 7 | |

MEDICAL RECORDS

| Item | Qty | Unit | AMOUNT | |
|---|---|---|---|---|
| Extent of Search ($31.20/hr) | 1 | (Each hour) | $31.20 | |
| CD ($14.50 ea.) | 1 | (CD) | $14.50 | |
| Pages Typed (NO FEE) | 1 | (Cover sheet) | $0.00 | *NOTE: PLEASE FORWARD A COPY OF THIS |
| Reproduction per page ($0.13 ea.) | 0 | (Each page) | $0.00 | VOUCHER WITH PAYMENT. |
| Certifications ($5.20) (Affidavits/Disposition &Questions/Notary) | 0 | (Each page) | $0.00 | |
| Copies X-Ray(s) ($14.50 PER CD) | 0 | (Images) | $0.00 | **Fee Approved: (Yes or No) |
| Photo image(s)($14.50 PER CD) | 0 | (Images) | $0.00 | |
| Partial Payment Received | 0 | (Check) | $0.00 | |
| **TOTAL AMOUNT BILLED** | | | **$45.70** | ***** MAKE CHECKS PAYABLE TO: BROOKE ARMY MEDICAL CENTER |

MAIL CHECK TO:

BROOKE ARMY MEDICAL CENTER
ATTN UNIFORMED BUSINESS OFFICE
3551 ROGER BROOKE DRIVE
JBSA FT SAM HOUSTON, TX 78234-4504
PHONE: 210 916-8563    FAX: 210 916-4851
SIGNATURE

(*TAX ID NUMBER:

PRINT NAME                    DATE OF PICK UP

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105298 | 9/25/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.006 | 9/4/2019 | |

| Case Name |
|---|
| MARGARETTE VIDAL ( BY AUTHO) |
| **Records Pertaining To** |
| MARGARETTE VIDAL |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MOBILEXUSA A/K/A TRIDENT MOBILE CLINICAL SERVICES, LLC<br>Medical/Billing<br>3424 Midcourt Road, Suite 120<br>Carrollton, TX  75006 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | |
|---|---|---|---|---|
| MARGARETTE VIDAL (MEDICAL and RADIOLOGY (films & reports)) | 7.00 | | | |
| Custodian Fee | | | 107.67 | 107.67 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 7.00 Pages | @ | 0.45 | 3.15 |
| Online/Email Access | 7.00 Pages | @ | 0.30 | 2.10 |
| Examination and Delivery of Original Radiology CD | | | 35.00 | 35.00 |
| (TAXABLE  $247.92) | | | | |

**TOTAL DUE  >>>**       **$247.92**

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**       0.00

**Tax ID:**

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 105298 |
| Invoice Date | : | 9/25/2019 |
| **Total Due** | **:** | **$247.92** |

| | | |
|---|---|---|
| Order No. | : | 27524.006 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | MARGARETTE VIDAL ( BY AUTHO) |

**Remit To:**  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105298 | 9/25/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.006 | 9/4/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | |
|---|---:|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $247.92 |

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :  105298
Invoice Date   :  9/25/2019
**Total Due**  :  **$247.92**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :  27524.006
BU ID        :  MAIN
Case No.     :
Case Name    :  MARGARETTE VIDAL ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105518 | 9/30/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27524.001 | 9/4/2019 | |
| Case Name ||| 
| MARGARETTE VIDAL ( BY AUTHO) |||
| Records Pertaining To |||
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL |||

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| APOLLO AMBULANCE SERVICE INC.<br>Medical/Billing<br>6323 Sovereign Drive, Suite 128<br>San Antonio, TX  78229 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | |
|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (MEDICAL) | 224.00 | | | |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $177.75) | | | | |
| | | **TOTAL DUE  >>>** | | **$177.75** |
| | | **(-) Payments/Credits:** | | 0.00 |
| | | **(+) Finance Charges/Debits:** | | 0.00 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 105518 |
| Invoice Date | : | 9/30/2019 |
| **Total Due** | : | **$177.75** |

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

| | | |
|---|---|---|
| Order No. | : | 27524.001 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | MARGARETTE VIDAL ( BY AUTHO) |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 105518 | 9/30/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.001 | 9/4/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:   $177.75

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.    :   105518
Invoice Date   :   9/30/2019
**Total Due**  :   **$177.75**

Remit To:   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :   27524.001
BU ID        :   MAIN
Case No.     :
Case Name    :   MARGARETTE VIDAL ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106547 | 10/21/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.008 | 9/6/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FLORESVILLE RESIDENCE AND REHABILITATION CENTER<br>Medical Records<br>1811 6th Avenue<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | | |
|---|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (MEDICAL) | | 333.00 | | | |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 | Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $177.75) | | | | | |
| | | | **TOTAL DUE  >>>** | | **$177.75** |
| | | | (-) Payments/Credits: | | 0.00 |
| | | | (+) Finance Charges/Debits: | | 0.00 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** ▉▉▉▉

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 106547 |
| Invoice Date | : | 10/21/2019 |
| **Total Due** | : | **$177.75** |

**Remit To:**  THE LEGAL CONNECTION, INC.
7103 Oak Meadow Dr., Suite A
Austin, TX  78736

| | | |
|---|---|---|
| Order No. | : | 27524.008 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | MARGARETTE VIDAL ( BY AUTHO) |

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 106547 | 10/21/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.008 | 9/6/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:      $177.75

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

---

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :  106547
Invoice Date  :  10/21/2019
**Total Due**     :  **$177.75**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :  27524.008
BU ID        :  MAIN
Case No.     :
Case Name    :  MARGARETTE VIDAL ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107421 | 11/7/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 27524.002 | 9/4/2019 | |
| Case Name | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| Records Pertaining To | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BROOKE ARMY MEDICAL CENTER<br>Medical Records<br>Attn: UNIFORMED BUSINESS OFFICE<br>3551 Roger Brooke Dr JBSA<br>FT SAM HOUSTON, TX  78234-6200 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | | |
|---|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (MEDICAL) | | 3,202.00 | | | |
| Custodian Fee | | | | 50.55 | 50.55 |
| Request by Authorization | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | 35.00 | 35.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 | Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 | Pages | @ | 0.30 | 30.00 |
| Preparation of Amended Request by Autho | | | | 25.00 | 25.00 |
| (TAXABLE  $253.30) | | | | | |
| | | | | TOTAL DUE  >>> | $253.30 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 107421 |
| Invoice Date | : | 11/7/2019 |
| **Total Due** | : | **$253.30** |

**Remit To:** **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

| | | |
|---|---|---|
| Order No. | : | 27524.002 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | MARGARETTE VIDAL ( BY AUTHO) |

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 107421 | 11/7/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.002 | 9/4/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

|  |  |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $253.30 |

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| | | |
|---|---|---|
| Invoice No. | : | 107421 |
| Invoice Date | : | 11/7/2019 |
| **Total Due** | : | **$253.30** |

| | | |
|---|---|---|
| Order No. | : | 27524.002 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | MARGARETTE VIDAL ( BY AUTHO) |

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

# I N V O I C E



| | Invoice No. | Invoice Date | Payment Terms |
|---|---|---|---|
| | 108639 | 11/27/2019 | Due upon receipt |
| | Order No. | Order Date | Case No. |
| | 27524.009 | 9/24/2019 | |
| | Case Name | | |
| | MARGARETTE VIDAL ( BY AUTHO) | | |
| | Records Pertaining To | | |
| | MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| **Records From** | **Ordered By** | **Reference Info.** |
|---|---|---|
| CONVIVA CARE CENTER FLORESVILLE<br>Medical/Billing<br>260 US Hwy 181 North<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | |
|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (MEDICAL) | | 97.00 | | |
| Custodian Fee | | | 99.51 | 99.51 |
| Request by Authorization | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | 97.00 Pages | @ | 0.45 | 43.65 |
| Online/Email Access | 97.00 Pages | @ | 0.30 | 29.10 |
| (TAXABLE  $272.26) | | | | |

|   |   |
|---|---|
| **TOTAL DUE  >>>** | **$272.26** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $272.26 |

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :  108639
Invoice Date  :  11/27/2019
**Total Due**     :  **$272.26**

Remit To:  **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.   :  27524.009
BU ID       :  MAIN
Case No.    :
Case Name   :  MARGARETTE VIDAL ( BY AUTHO)

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 113337 | 3/5/2020 | Net 15 |
| Order No. | Order Date | Case No. |
| 27524.004 | 9/4/2019 | |
| Case Name ||| 
| MARGARETTE VIDAL ( BY AUTHO) |||
| Records Pertaining To |||
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL |||

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| HARRY L CHAVEZ MD PC<br>Medical/Billing<br>1303 Hospital Blvd.<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | |
|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (MEDICAL) | 267.00 | | | |
| Re-Open Request by Authorization | | | 45.00 | 45.00 |
| Administrative Fee (Req by Autho - discounted) | | | 25.00 | 25.00 |
| Original Legals Reviewed, Scanned, Uploaded with Online Access | 5.00 Pages | @ | 0.55 | 2.75 |
| Exhibits Scanned without Bates # - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.45 | 45.00 |
| Online/Email Access - No Charge for Pages Over 100 | 100.00 Pages | @ | 0.30 | 30.00 |
| (TAXABLE  $147.75) | | | | |

**TOTAL DUE  >>>**            $147.75
AFTER 5/4/2020  PAY            $162.53

Thank you for your business!  For questions or a list of other services,
please go to www.TLC-Texas.com or call us at 512.892.5700.

**(-) Payments/Credits:**            0.00
**(+) Finance Charges/Debits:**            0.00

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.         :  113337
Invoice Date       :  3/5/2020
**Total Due          :  $147.75**

**Remit To:**   **THE LEGAL CONNECTION, INC.**
              **7103 Oak Meadow Dr., Suite A**
              **Austin, TX  78736**

Order No.     :  27524.004
BU ID            :  MAIN
Case No.      :
Case Name  :  MARGARETTE VIDAL ( BY AUTHO)

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 113337 | 3/5/2020 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.004 | 9/4/2019 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

(=) New Balance:  $147.75

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.   :  113337
Invoice Date  :  3/5/2020
**Total Due**  :  **$147.75**

Remit To:   **THE LEGAL CONNECTION, INC.**
**7103 Oak Meadow Dr., Suite A**
**Austin, TX  78736**

Order No.    :  27524.004
BU ID        :  MAIN
Case No.     :
Case Name    :  MARGARETTE VIDAL ( BY AUTHO)

# FEDERAL COURT REPORTERS OF SAN ANTONIO, INC

*10100 Reunion Place, Ste. 660*
*San Antonio, Texas 78216-4128*
*(210) 340-6464 / FAX (210) 341-5533*
*FED ID#* ▓▓▓▓▓▓▓
*Mastercard, Visa & Discover Cards Accepted*

```
MR. JAMAL ALSAFFAR                              April  1, 2020
WHITEHURST, HARKNESS, BREES & CHENG
7500 RIALTO BLVD.,                              Invoice# BDH2622A
BLDG. TWO, SUITE 250
AUSTIN, TX   78735                              Balance:    $208.06
```

**Re:** MARGARETE VIDAL, ET AL VS. USA
   *on* 01/06/20 *by* BARBARA ANN DURAND-HOLLIS, CSR

**Billed:** 01/15/20                                    <-- 76 Days Old!

## *Invoicing Information*

Charge Description
CERTIFIED COPY DEPOSITION OF:
  (IN E-TRANSCRIPT FORMAT)

DEPONENT: MARGARETTE VIDAL
TAKEN ON: JANUARY 06, 2020

NO. 5:18-CV-00555-XR

THANK YOU, JENNIFER B. FLORES


1.00% per month on unpaid balance                                    2.06


          P l e a s e   R e m i t   - - - >   Total Due:    $208.06


*Due Upon Receipt / DELINQUENT in 30 days*
*A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*

   **This invoice is   76   days past due, Please Remit - Thank You!**
   ***************************************************************

# FEDERAL COURT REPORTERS OF SAN ANTONIO, INC.
10100 Reunion Place, Ste. 660
San Antonio, Texas  78216-4128
(210) 340-6464 / FAX (210) 341-5533
FED ID# ▉▉▉▉▉▉
*Mastercard, Visa & Discover Cards Accepted*

MR. JAMAL K. ALSAFFAR
WHITEHURST, HARKNESS, BREES & CHENG
7500 RIALTO BLVD.,
BLDG. TWO, SUITE 250
AUSTIN, TX  78735

May  5, 2020

**Invoice#** CS1144A

**Balance:**     $168.00

**Re:** MARGARETTE VIDAL, MONICA SHABBIR, ET AL
V. USA
*on* 03/05/20 *by* CHRISTINE SITZES

## *Invoicing Information*

Charge Description
CERTIFIED COPY DEPOSITION OF MONICA SHABBIR
TAKEN MARCH 5, 2020

CAUSE NO. SA-18-CV-00555-XR

1.00% per month on unpaid balance

P l e a s e   R e m i t   - - - >   Total Due:     $168.00

*Due Upon Receipt / DELINQUENT in 30 days*
*A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*

# I N V O I C E



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 141696 | 5/14/2021 | Net 15 |
| **Order No.** | **Order Date** | **Case No.** |
| 27524.011 | 2/11/2021 | |
| **Case Name** | | |
| MARGARETTE VIDAL ( BY AUTHO) | | |
| **Records Pertaining To** | | |
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL | | |

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FLORESVILLE RESIDENCE AND REHABILITATION CENTER<br>Medical/Billing<br>1811 6th Avenue<br>Floresville, TX  78114 | Eugene W. Brees, II<br>WHITEHURST HARKNESS BREES CHENG ALSAFFAR HIGGINBOTHAM & JACOB , PLLC<br>7500 Rialto Boulevard, Building Two, Suite 250<br>Austin, TX  78735 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 11/5/2017 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MARGARETTE VIDAL A/K/A MAGGIE VIDAL (BILLING) | | | 22.00 | | | |
| Request by Authorization | | | | | 65.00 | 65.00 |
| Administrative Fee (Req by Autho) | | | | | 35.00 | 35.00 |
| Legals/Exhibits Scanned, Bates #d, QC'd | | 22.00 | Pages | @ | 0.45 | 9.90 |
| Online/Email Access | | 22.00 | Pages | @ | 0.30 | 6.60 |
| Additional Time Contacting Custodian of Record | | 0.40 | Hours | @ | 75.00 | 30.00 |
| (TAXABLE  $146.50) | | | | | | |

**TOTAL DUE  >>>**    $146.50
AFTER 7/13/2021  PAY    $161.15

Thank you for your business!  For questions or a list of other services, please go to www.TLC-Texas.com or call 512.892.5700.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Eugene W. Brees, II
WHITEHURST HARKNESS BREES CHENG ALSAFFAR
HIGGINBOTHAM & JACOB , PLLC
7500 Rialto Boulevard, Building Two, Suite 250
Austin, TX  78735

Invoice No.       :  141696
Invoice Date     :  5/14/2021
**Total Due       :  $146.50**
AFTER 7/13/2021  PAY  $161.15

Remit To:   **THE LEGAL CONNECTION, INC.**
**8656 W Hwy 71, Bldg F, Suite 200**
**Austin, TX  78735**

Order No.     :  27524.011
BU ID            :  MAIN
Case No.     :
Case Name  :  MARGARETTE VIDAL ( BY AUTHO)